# EXHIBIT 1

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,819,042
Registered Feb. 1, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O SIEGEL, FELDSTEIN & DUFFIN
2062 UNION STREET, THIRD FLOOR
SAN FRANCISCO, CA 94123

　　FOR: CLOTHING; NAMELY, T-SHIRTS, SHORTS, HATS, VISORS AND SCARVES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11–0–1984; IN COMMERCE 11–0–1984.

SER. NO. 74–389,590, FILED 5–12–1993.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

Reg. No. 1,840,372
Registered June 21, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O SIEGEL, FELDSTEIN & DUFFIN
2062 UNION STREET, THIRD FLOOR
SAN FRANCISCO, CA 94123

FOR: PRERECORDED VIDEO AND AUDIO CASSETTE TAPES FEATURING MUSICAL PERFORMANCES AND PHONOGRAPH RECORDS FEATURING MUSICAL PERFORMANCES, IN CLASS 9 (U.S. CL. 36).

FIRST USE 3–0–1983; IN COMMERCE 3–0–1983.

SER. NO. 74–389,592, FILED 5–12–1993.

KATHERINE STOIDES, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cl.: 38**

Reg. No. 1,842,920

## United States Patent and Trademark Office

Registered July 5, 1994

### TRADEMARK
#### PRINCIPAL REGISTER

### METALLICA

METALLICA (PARTNERSHIP)
C/O SIEGEL, FELDSTEIN & DUFFIN
2062 UNION STREET, THIRD FLOOR
SAN FRANCISCO, CA 94123

    FOR: POSTERS, TOUR BOOKS RELATING TO MUSICAL PERFORMANCES, CONCERT PROGRAMS, STICKERS AND DECALS, IN CLASS 16 (U.S. CL. 38).

FIRST USE 11–0–1986; IN COMMERCE 11–0–1986.

    SER. NO. 74–389,591, FILED 5-12-1993.

KATHERINE STOIDES, EXAMINING ATTOR-NEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

Reg. No. 2,260,705

## United States Patent and Trademark Office
Registered July 13, 1999

### TRADEMARK
**PRINCIPAL REGISTER**

## METALLICA

METALLICA (PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGE-
MENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: BACKPACKS, HANDBAGS, AND WAL-
LETS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND
41).

FIRST USE 11–22–1995; IN COMMERCE
11–22–1995.

OWNER OF U.S. REG. NOS. 1,819,042, 2,085,137
AND OTHERS.

SER. NO. 75–440,871, FILED 2–26–1998.

ALICE BENMAMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

Reg. No. 2,504,291
Registered Nov. 6, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, SHIRTS, SWEAT-PANTS, HOCKEY JERSEYS, SOCCER JERSEYS, SWEATSHIRTS, FASHION KNIT SHIRTS, BUT-TON-DOWN SHIRTS, BASKETBALL JERSEYS, LONG-SLEEVE T-SHIRTS, TANK TOPS, JACKETS, SWEATERS, BASEBALL JERSEYS, BABY DOLL T-SHIRTS, POLO SHIRTS, WIND BREAKERS, MUS-CLE T-SHIRTS, BABY ROMPERS, TODDLER T-SHIRTS, ALLOVERS, BANDANNAS, MOCK TUR-TLE NECKS, TRACK PANTS, PONCHOS, AND HOODED SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-0-1984; IN COMMERCE 11-0-1984.

OWNER OF U.S. REG. NOS. 1,818,269, 2,321,362 AND OTHERS.

SER. NO. 76-180,790, FILED 12-14-2000.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,712,922
Registered May 6, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (CALIFORNIA GENERAL PART-
NERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: NOVELTY LICENSE PLATES MADE OF
PLASTIC; NON-METAL KEY CHAINS; FURNI-
TURE; AND PROMOTIONAL CANS CONTAINING
VARIOUS MERCHANDISE, NAMELY, NON-ME-
TAL DOG TAGS, DOOR HANGERS CONTAINING
WORDED INSTRUCTIONS, VIDEOCASSETTES,
COMPACT DISCS, BOTTLE OPENERS, T-SHIRTS,

AND RAIN PONCHOS ALL SOLD AS A UNIT, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

OWNER OF U.S. REG. NOS. 1,819,269, 2,260,193
AND OTHERS.

SER. NO. 76-347,631, FILED 12-11-2001.

WON TEAK OH, EXAMINING ATTORNEY

Int. Cl.: 27

Prior U.S. Cls.: 19, 20, 37, 42 and 50

**Reg. No. 2,781,225**
Registered Nov. 11, 2003

# United States Patent and Trademark Office

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (CALIFORNIA GENERAL PART-
    NERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: FLOOR MATS FOR VEHICLES AND SUV
MATS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FIRST USE 1-1-2001; IN COMMERCE 1-1-2001.

OWNER OF U.S. REG. NOS. 1,819,269, 2,260,193
AND OTHERS.

SER. NO. 76-347,464, FILED 12-11-2001.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cl.: 14**

**Prior U.S. Cls.: 2, 27, 28 and 50**

**Reg. No. 2,804,625**

## United States Patent and Trademark Office

Registered Jan. 13, 2004

### TRADEMARK
#### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

    FOR: JEWELRY AND CLOCKS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

    FIRST USE 12-0-1989; IN COMMERCE 12-0-1989.

    OWNER OF U.S. REG. NOS. 2,321,362, 2,615,328 AND OTHERS.

    SER. NO. 76-499,499, FILED 3-21-2003.

TONJA GASKINS, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**Reg. No. 2,841,402**

## United States Patent and Trademark Office

Registered May 11, 2004

### TRADEMARK
#### PRINCIPAL REGISTER

## METALLICA

METALLICA (PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

    FOR: ACTION FIGURES AND ACCESSORIES THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 9-6-2001; IN COMMERCE 9-6-2001.

    OWNER OF U.S. REG. NOS. 1,819,042, 2,504,291, AND OTHERS.

    SN 76-976,466, FILED 3-22-2001.

WON TEAK OH, EXAMINING ATTORNEY

**Int. Cl.: 28**

**Prior U.S. Cls.: 22, 23, 38, and 50**

**United States Patent and Trademark Office**

**Reg. No. 3,261,375**

Registered July 10, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## METALLICA

METALLICA (CALIFORNIA PARTNERSHIP)
2020 UNION STREET
SAN FRANCISCO, CA 94123

    FOR: CHRISTMAS TREE ORNAMENTS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

    FIRST USE 10-15-2000; IN COMMERCE 10-15-2000.

    OWNER OF U.S. REG. NOS. 1,819,042, 2,504,291, AND OTHERS.

    SN 76-229,230, FILED 3-22-2001.

    WON TEAK OH, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# METALLICA

**Reg. No. 3,741,986**
Registered Jan. 26, 2010

**Int. Cl.: 26**

**TRADEMARK**
**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: ORNAMENTAL NOVELTY BUTTONS; ORNAMENTAL NOVELTY PINS; ORNAMENT-
AL NOVELTY CLOTH PATCHES FOR CLOTHING; ORNAMENTAL NOVELTY EM-
BROIDERED PATCHES FOR CLOTHING; AND SHOELACES, IN CLASS 26 (U.S. CLS. 37,
39, 40, 42 AND 50).

FIRST USE 10-0-1984; IN COMMERCE 10-0-1984.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,819,269, 2,260,705 AND OTHERS.

SER. NO. 77-721,180, FILED 4-23-2009.

BRENDAN REGAN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# METALLICA

**Reg. No. 3,823,734**
**Registered July 27, 2010**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: LUNCH BOXES; BEVERAGEWARE; BARWARE, NAMELY, BEVERAGE GLASSWARE AND DRINKING GLASSES AND SHOT GLASSES; BEVERAGE COOLERS, NAMELY, FOAM DRINK HOLDERS AND INSULATING SLEEVE HOLDERS FOR BEVERAGE CANS; INCENSE BURNERS; FLASKS; BOTTLE OPENERS; AND COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 6-0-1996; IN COMMERCE 6-0-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,819,269, 1,840,372 AND OTHERS.

SER. NO. 77-721,175, FILED 4-23-2009.

BRENDAN REGAN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# METALLICA

**Reg. No. 3,982,410**

**Registered June 21, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: HEADPHONES; MAGNETS; MOUSEPADS; SWITCHPLATES; VIDEO GAMES; DOWNLOADABLE RING TONES, MUSIC, AND ELECTRONIC GAMES VIA THE INTERNET AND WIRELESS DEVICES; AND DOWNLOADABLE AUDIO FILES IN THE FIELD OF MUSIC, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1991; IN COMMERCE 0-0-1991.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,923,477, 3,352,792, AND OTHERS.

SN 77-981,863, FILED 2-8-2009.

CURTIS FRENCH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# METALLICA

**Reg. No. 4,859,494**

**Registered Nov. 24, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O WG&S, LLP
10990 WILSHIRE BLVD., 8TH FLOOR
LOS ANGELES, CA 90024

FOR: BOARD GAMES; BEACH BALLS; PUZZLES; FLYING DISCS; HOCKEY PUCKS; PLAYING CARDS; COIN AND NON-COIN OPERATED PINBALL MACHINES; AND BOBBLEHEAD DOLLS , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-16-2011; IN COMMERCE 6-16-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-606,728, FILED 4-22-2015.

GIANCARLO CASTRO, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,198,824**

## United States Patent and Trademark Office

Registered Oct. 20, 1998

### TRADEMARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
SEIGEL, FELDSTEIN, DUFFIN & VUYLSTEKE
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: POSTERS, TOUR BOOKS RELATING TO MUSICAL PERFORMANCES, CONCERT PROGRAMS, STICKERS, DECALS, CALENDARS, SCRAPBOOK ALBUMS, AUTOGRAPH BOOKS, ADDRESS BOOKS, APPOINTMENT BOOKS, ART PICTURES, ART PAPERS, PAPER BANNERS, BINDERS, PENCILS, PENCIL CASES, BALL POINT PENS, BOOK COVERS, SONG BOOKS, PAPER NOTEBOOKS, GREETING CARDS, GIFT WRAPPING PAPER, DECO-

RATING PAPERS, PAPER EMBLEMS, PAPER FLAGS, LITHOGRAPHS, MAGAZINES RELATING TO A MUSICAL GROUP, TRADING CARDS, PAPER PLACE MATS, AND PAPER COASTERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12–19–1996; IN COMMERCE 12–19–1996.

THE STIPPLING IS A FEATURE OF THE MARK AND IS NOT INTENDED TO INDICATE COLOR.

SN 75–120,026, FILED 6–17–1996.

K. MARGARET LE, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,666,335

Registered Aug. 11, 2009

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: MUSICAL SOUND RECORDINGS; MUSICAL VIDEO AND AUDIO RECORDINGS; MAGNETS; AND MOUSE PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-4-1996; IN COMMERCE 6-4-1996.

OWNER OF U.S. REG. NOS. 1,840,372, 2,260,193 AND OTHERS.

THE STIPPLING IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A NINJA STAR DESIGN WITH THE WORD "METALLICA" STYLIZED AND IN ALL CAPITAL LETTERS SUPERIMPOSED OVER THE CENTER OF THE STAR.

SER. NO. 77-652,999, FILED 1-20-2009.

CURTIS FRENCH, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,155,490

Registered May 5, 1998

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
C/O SEIGEL, FELDSTEIN, DUFFIN & VUYL-
  STEKE
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: TOUR BOOKS RELATING TO MUSI-
CAL PERFORMANCES, CONCERT PRO-
GRAMS, STICKERS, DECALS, BANNERS, EM-

BLEMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FIRST USE 10-0-1996; IN COMMERCE
10-0-1996.

SN 75-120,459, FILED 6-17-1996.

K. MARGARET LE, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 2,160,868

Registered May 26, 1998

## TRADEMARK
## PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
C/O SEIGEL, FELDSTEIN, DUFFIN & VUYL-
  STEKE
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, T-SHIRTS, PULLOVERS, COVERALLS, SHIRTS, HATS,

BASEBALL CAPS, AND STOCKING CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 6-9-1996; IN COMMERCE 6-9-1996.

SN 75-120,453, FILED 6-17-1996.

K. MARGARET LE, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

## United States Patent and Trademark Office

**Reg. No. 3,666,336**

Registered Aug. 11, 2009

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: MUSICAL SOUND RECORDINGS; MUSICAL VIDEO AND AUDIO RECORDINGS; MAGNETS; MOUSE PADS; HEADPHONES; AND DECORATIVE CLIPS FOR EARBUDS , IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-4-1996; IN COMMERCE 6-4-1996.

OWNER OF U.S. REG. NOS. 2,198,824, 2,231,065, AND 2,260,193.

THE MARK CONSISTS OF A NINJA STAR DESIGN.

SER. NO. 77-653,001, FILED 1-20-2009.

CURTIS FRENCH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,231,065

Registered Mar. 9, 1999

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
C/O SEIGEL, FELDSTEIN, DUFFIN & VUYL-
STEKE
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, T-SHIRTS,
PULLOVERS, COVERALLS, SHIRTS, HEAD-
WEAR, NAMELY, HATS, BASEBALL CAPS,
AND STOCKING CAPS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 6-9-1996; IN COMMERCE
6-9-1996.
OWNER OF U.S. REG. NOS. 1,819,042 AND
1,840,372.
THE STIPPLING SHOWN IN THE DRAWING
OF THE MARK IS A FEATURE OF THE MARK
AND IS NOT INTENDED TO INDICATE
COLOR.

SN 75-120,458, FILED 6-17-1996.

K. MARGARET LE, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**United States Patent and Trademark Office**

Reg. No. 3,275,658

Registered Aug. 7, 2007

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

    FOR: POSTERS, CALENDARS, DECALS, SONG BOOKS, MAGAZINES IN THE FIELD OF MUSIC, PAPER COASTERS, NOTEBOOKS AND STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

    FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

    OWNER OF U.S. REG. NOS. 1,842,920, 2,614,328, AND OTHERS.

    SN 76-525,545, FILED 5-27-2003.

TONJA GASKINS, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,275,659

Registered Aug. 7, 2007

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, T-SHIRTS, SHORTS, PANTS, SWEATPANTS, TANK TOPS, BABY DOLL T-SHIRTS, SWEATSHIRTS, JACKETS, BASKET-BALL JERSEYS, LONG SLEEVE T-SHIRTS, MUSCLE T-SHIRTS, BABY ROMPERS, TODDLER T-SHIRTS AND TRACK PANTS; HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-0-2003; IN COMMERCE 9-0-2003.

OWNER OF U.S. REG. NOS. 1,819,042, 2,712,922, AND OTHERS.

SN 76-525,546, FILED 5-27-2003.

TONJA GASKINS, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 3,352,792

Registered Dec. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: MUSICAL SOUND RECORDINGS; PRE-RECORDED COMPACT DISCS, AUDIO CAS-SETTES, DVDS, VIDEOTAPES, AND AUDIO/VI-SUAL DISCS, ALL FEATURING MUSIC; DECORATIVE MAGNETS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2003; IN COMMERCE 5-0-2003.

OWNER OF U.S. REG. NOS. 1,840,372, 2,712,922, AND OTHERS.

SN 76-525,547, FILED 5-27-2003.

TONJA GASKINS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,952,320**

**Registered Apr. 26, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, T-SHIRTS, JACKETS AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-5-2009; IN COMMERCE 3-5-2009.

THE MARK CONSISTS OF A STYLIZED LETTER "M" FOLLOWED BY A STYLIZED, SUPERSCRIPT NUMBER "4".

SN 77-981,476, FILED 10-16-2008.

BRIDGETT SMITH, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,035,348**

**Registered Oct. 4, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-2008; IN COMMERCE 10-0-2008.

THE MARK CONSISTS OF A STYLIZED LETTER "M" FOLLOWED BY A STYLIZED, SUPERSCRIPT NUMBER "4".

SN 77-593,714, FILED 10-16-2008.

BRIDGETT SMITH, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,035,349**

**Registered Oct. 4, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O PROVIDENT FINANCIAL MANAGEMENT
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-2008; IN COMMERCE 10-0-2008.

THE MARK CONSISTS OF FOUR STYLIZED HORIZONTAL "M"'S THAT COMPOSE A 4-POINT STAR DESIGN.

SN 77-593,722, FILED 10-16-2008.

BRIDGETT SMITH, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 1,923,477

**United States Patent and Trademark Office**     Registered Oct. 3, 1995

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
SIEGEL, FELDSTEIN & DUFFIN
2020 UNION STREET
SAN FRANCISCO, CA 94123

    FOR: SERIES OF PRE-RECORDED VIDEO
AND AUDIO CASSETTES, AND A SERIES OF
PRE-RECORDED PHONOGRAPH RECORDS
AND COMPACT DISCS FEATURING MUSI-

CAL PERFORMANCES, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

    FIRST USE 3-0-1983; IN COMMERCE
3-0-1983.

    SER. NO. 74-580,770, FILED 9-30-1994.

ODETTE BONNET, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 2,213,592**

Registered Dec. 29, 1998

## TRADEMARK
### PRINCIPAL REGISTER



METALLICA (PARTNERSHIP)
C/O SIEGEL, FELDSTEIN, DUFFIN & VUYL-
STEKE
2020 UNION STREET
SAN FRANCISCO, CA 94123

FOR: CLOTHING, NAMELY, T-SHIRTS, HOODED SHIRTS, CREW SHIRTS, PONCHOS, HEADWEAR, AND BASEBALL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11–0–1984; IN COMMERCE 11–0–1984.

OWNER OF U.S. REG. NOS. 1,819,042, 1,923,477 AND OTHERS.

SER. NO. 74–713,504, FILED 8–10–1995.

RUDY R. SINGLETON, EXAMINING ATTOR-NEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,163,896**

**Registered Sep. 12, 2023**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Metallica  (CALIFORNIA PARTNERSHIP)
1880 Century Park East, Suite 1600
Los Angeles, CALIFORNIA 90067

CLASS 18: All-purpose carrying bags; Backpacks; Handbags; Wallets

FIRST USE 9-00-1984; IN COMMERCE 9-00-1984

The mark consists of the word "METALLICA" in a stylized font.

SER. NO. 97-569,559, FILED 08-29-2022



*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,252,327**

**Registered Dec. 26, 2023**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
1880 Century Park East, Suite 1600
Los Angeles, CALIFORNIA 90067

CLASS 9: Audio and video recordings featuring music and musical performances; Box sets consisting primarily of prerecorded DVDs, CDs, and phonograph records, and also including books, photographs, lyric sheets, posters, lithographs, buttons, and patches, all featuring or relating to music; Decorative magnets; Downloadable audio files in the field of music; Downloadable mobile applications featuring information and content relating to music and entertainment; Downloadable musical sound recordings; Downloadable musical video recordings; Downloadable photographs; Downloadable ring tones and graphics for mobile phones and computers; Downloadable ring tones; DVDs and CDs featuring sheet music, songbooks, and music instruction; DVDs featuring music documentaries; Electronic publications, namely, magazines featuring entertainment-related content downloadable via the internet and mobile devices; Mobile accessories, namely, stands adapted for mobile phones; Musical sound recordings; Mobile phone cases; Slipmats for record player turntables; Turntable record players

FIRST USE 3-00-1983; IN COMMERCE 3-00-1983

The mark consists of the word "METALLICA" in a stylized font.

SER. NO. 97-569,418, FILED 08-29-2022



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,252,328**

**Registered Dec. 26, 2023**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
1880 Century Park East, Suite 1600
Los Angeles, CALIFORNIA 90067

CLASS 14: Jewelry; Leather wristbands being jewelry; Ornamental lapel pins; Watches

FIRST USE 1-00-1984; IN COMMERCE 1-00-1984

The mark consists of the word "METALLICA" in a stylized font.

SER. NO. 97-569,468, FILED 08-29-2022



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,252,329**

**Registered Dec. 26, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
1880 Century Park East, Suite 1600
Los Angeles, CALIFORNIA 90067

CLASS 16: Printed art books; Art prints; Printed non-fiction books in the field of music; Printed calendars; Decals; Printed drum transcription books; Flags made of paper; Printed gift certificates being non-magnetically encoded gift cards; Printed guitar tablature books; Personalized writing journals; Printed lyric books; Printed magazines in the fields of entertainment, music, musicians, and musical performances; Printed posters; Printed sheet music; Series of printed books in the fields of artwork, entertainment, music, musicians, and musical performances; Stickers; Sticker sets, namely, multiple stickers sold as a set

FIRST USE 3-00-1984; IN COMMERCE 3-00-1984

The mark consists of the word "METALLICA" in a stylized font.

SER. NO. 97-569,516, FILED 08-29-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,252,330**

**Registered Dec. 26, 2023**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
1880 Century Park East, Suite 1600
Los Angeles, CALIFORNIA 90067

CLASS 21: Beverageware; Bottle openers; Insulating sleeve holders for beverage cans;
Coffee mugs; Flasks; Non-electric portable coolers; Shot glasses; Tumblers for use as
drinking glasses

FIRST USE 1-00-1996; IN COMMERCE 1-00-1996

The mark consists of the word "METALLICA" in a stylized font.

SER. NO. 97-569,598, FILED 08-29-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



---

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

### WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

---

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,252,331**

**Registered Dec. 26, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
1880 Century Park East, Suite 1600
Los Angeles, CALIFORNIA 90067

CLASS 25: A full line of clothing for men, women and children; Bandanas, Gloves; Headwear; Pajamas; Ski jackets; Socks; Wristbands as clothing

FIRST USE 11-00-1984; IN COMMERCE 11-00-1984

The mark consists of the word "METALLICA" in a stylized font.

SER. NO. 97-569,630, FILED 08-29-2022



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO).  The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO.  Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO.  To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,452,866**

**Registered Apr. 24, 2018**

**Int. Cl.: 15**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd., 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 15: Guitar picks; drum sticks

FIRST USE 10-00-2016; IN COMMERCE 10-00-2016

The mark consists of the stylized word "METALLICA".

SER. NO. 87-617,922, FILED 09-21-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,452,867**

**Registered Apr. 24, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd., 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 25: Bandanas; cloth bibs; dresses; infantwear; jackets; jerseys; leggings; pants; shirts; shorts; sweaters; sweatpants; sweatshirts; tank tops; thermal shirts; t-shirts; tunics; vests; gloves; headwear

FIRST USE 9-00-2016; IN COMMERCE 9-00-2016

The mark consists of the stylized word "METALLICA".

SER. NO. 87-617,929, FILED 09-21-2017

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,573,362**

**Registered Oct. 02, 2018**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Metallica  (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd., 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 16: Art books; art prints; blank journals; books in the field of entertainment; calendars; decals; gift wrap paper; magazines in the field of entertainment; non-magnetically encoded gift cards; posters; protective covers for paper, magazines and the like; printed sheet music; songbooks; stencils; stickers

FIRST USE 10-00-2016; IN COMMERCE 10-00-2016

The mark consists of the stylized word "METALLICA".

SER. NO. 87-617,926, FILED 09-21-2017

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,718,939**

**Registered Apr. 09, 2019**

**Int. Cl.: 9, 36**

**Service Mark**

**Trademark**

**Principal Register**

Metallica  (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd., 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 9: Audio and video recordings featuring music and musical performances; decorative magnets; downloadable mobile applications featuring information and content relating to music and entertainment; downloadable musical sound recordings; downloadable musical video recordings; downloadable photographs; downloadable ring tones and graphics for mobile phones and computers; DVDs featuring music documentaries; DVDs and CDs featuring sheet music, songbooks, and music instruction; electronic publications, namely, magazines featuring entertainment-related content downloadable via the internet and mobile devices; phone cases; slipmats for record player turntables; box sets consisting primarily of prerecorded DVDs, CDs, and phonograph records, and also including books, photographs, lyric sheets, posters, lithographs, buttons, and patches, all featuring or relating to music

FIRST USE 9-00-2016; IN COMMERCE 9-00-2016

CLASS 36: Gift card transaction processing services; financial services, namely, issuing electronic stored value gift cards for the purchase of goods electronically via the internet and mobile phone; virtual gift card services, namely, issuance of electronic gift cards that can be redeemed for goods at participating retailers

FIRST USE 9-00-2016; IN COMMERCE 9-00-2016

The mark consists of the stylized word "METALLICA".

SER. NO. 87-617,907, FILED 09-21-2017

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# BLACKENED

**Reg. No. 4,602,816**

**Registered Sep. 9, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
10990 WILSHIRE BLVD, 8TH FLOOR
C/O WG&S, LLP
LOS ANGELES, CA 90024

FOR: AUDIO-VISUAL RECORDINGS FEATURING MUSIC; MUSICAL SOUND RECORD-
INGS; MUSICAL VIDEO RECORDINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-3-2012; IN COMMERCE 12-3-2012.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-982,482, FILED 11-2-2012.

ALAIN LAPTER, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# BLACKENED

**Reg. No. 4,902,183**

**Registered Feb. 16, 2016**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
10990 WILSHIRE BLVD, 8TH FLOOR
C/O WG&S, LLP
LOS ANGELES, CA 90024

FOR: DOWNLOADABLE MUSIC VIA THE INTERNET AND MOBILE DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-16-2015; IN COMMERCE 6-16-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-770,546, FILED 11-2-2012.

ALAIN LAPTER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# United States of America
### United States Patent and Trademark Office

# BLACKENED RECORDINGS

**Reg. No. 4,782,311**

**Registered July 28, 2015**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
10990 WILSHIRE BLVD, 8TH FLOOR
C/O WG&S, LLP
LOS ANGELES, CA 90024

FOR: AUDIO-VISUAL RECORDINGS FEATURING MUSIC; DOWNLOADABLE MUSIC VIA THE INTERNET AND MOBILE DEVICES; DOWNLOADABLE VIDEO RECORDINGS FEATURING MUSIC; MUSICAL SOUND RECORDINGS; MUSICAL VIDEO RECORDINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-3-2012; IN COMMERCE 12-3-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RECORDINGS", APART FROM THE MARK AS SHOWN.

SN 85-770,553, FILED 11-2-2012.

ALAIN LAPTER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# HIT 'EM ALL

**Reg. No. 4,576,954**

**Registered July 29, 2014**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

METALLICA (CALIFORNIA PARTNERSHIP)
C/O WG&S, LLP
10990 WILSHIRE BLVD., 8TH FLOOR
LOS ANGELES, CA 90024

FOR: CLOTHING, NAMELY, SWEATSHIRTS, T-SHIRTS; AND HEADWEAR, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 4-17-2014; IN COMMERCE 4-17-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-911,567, FILED 4-22-2013.

JANICE KIM, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FIFTH MEMBER

**Reg. No. 5,715,840**

**Registered Apr. 02, 2019**

**Int. Cl.: 6**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd, 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 6: metal key rings; metal key chains

FIRST USE 4-30-2018; IN COMMERCE 4-30-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-867,637, FILED 01-06-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FIFTH MEMBER

**Reg. No. 5,800,646**

**Registered Jul. 09, 2019**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd, 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 16: Blank journals; decals; stencils; stickers

FIRST USE 4-30-2018; IN COMMERCE 4-30-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-867,639, FILED 01-06-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FIFTH MEMBER

**Reg. No. 5,800,647**

**Registered Jul. 09, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Metallica  (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd, 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 25: Clothing, namely, bandanas, infantwear, jackets, shirts, sweatshirts, tank tops, t-shirts, wind resistant jackets; baby bibs not of paper; headwear

FIRST USE 4-3-2018; IN COMMERCE 4-3-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-867,646, FILED 01-06-2016

Director of the United States
Patent and Trademark Office

> ## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION
>
> ## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FIFTH MEMBER

**Reg. No. 5,835,081**

**Registered Aug. 13, 2019**

**Int. Cl.: 26**

**Trademark**

**Principal Register**

Metallica (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd, 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 26: Belt buckles; ornamental patches for clothing; hair accessories, namely, hair bands; hair clips; ornamental novelty buttons; shoe laces

FIRST USE 4-30-2018; IN COMMERCE 4-30-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-867,650, FILED 01-06-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# FIFTH MEMBER

**Reg. No. 5,839,992**

**Registered Aug. 20, 2019**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Metallica  (CALIFORNIA PARTNERSHIP)
C/o Wg&s, Llp
10990 Wilshire Blvd, 8th Floor
Los Angeles, CALIFORNIA 90024

CLASS 21: beverage ware; bottle openers; water bottles sold empty

FIRST USE 6-4-2018; IN COMMERCE 6-24-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-867,643, FILED 01-06-2016



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.