**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| METALLICA, a California general partnership,<br><br>                Plaintiff,<br><br>v.<br><br>APPEARANCEZ, et al.,<br><br>                Defendants. | Case No. 24-cv-05405<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Jeannice Williams Appenteng** |

## <u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Metallica hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| splusgift | 52 |
| RAHUL MISHRA 1 | 63 |

Dated this 30th day of August 2024.    Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Metallica*

1